Same case below, 368 Fed. Appx. 764.

**No. 09-10068. Larry Moore, Petitioner v. California Franchise Tax Board.**

560 U.S. 966, 130 S. Ct. 3414, 177 L. Ed. 2d 327, 2010 U.S. LEXIS 4834.

June 14, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-10071. Javier Ochoa Canales, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 967, 130 S. Ct. 3414, 177 L. Ed. 2d 327, 2010 U.S. LEXIS 4860.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10075. Richard Aaron Flaherty, Petitioner v. Texas.**

560 U.S. 967, 130 S. Ct. 3414, 177 L. Ed. 2d 327, 2010 U.S. LEXIS 4927.

June 14, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-10076. Keith Williams, Petitioner v. Charles M. Harrison, Warden.**

560 U.S. 967, 130 S. Ct. 3414, 177 L. Ed. 2d 327, 2010 U.S. LEXIS 4847.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10080. Felix Torres, II, Petitioner v. United States Court of Appeals for the Ninth Circuit, et al.**

560 U.S. 967, 130 S. Ct. 3446, 177 L. Ed. 2d 327, 2010 U.S. LEXIS 4785.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10081. Larry George, Petitioner v. Judy P. Smith, Warden.**

560 U.S. 967, 130 S. Ct. 3414, 177 L. Ed. 2d 327, 2010 U.S. LEXIS 4808.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 586 F.3d 479.

**No. 09-10083. Randy Govan, Petitioner v. Shirley Singleton, et al.**

560 U.S. 967, 130 S. Ct. 3414, 177 L. Ed. 2d 327, 2010 U.S. LEXIS 4809.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 347 Fed. Appx. 970.

**No. 09-10084. Tayssir Hindaoui, Petitioner v. Rick Thaler, Director,**